UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PACIFICSOURCE COMMUNITY HEALTH PLANS, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEAN L. CAMERON, in his official capacity as Director of the Idaho Department of Insurance,<br><br>Defendant. | Case No. 1:25-cv-00638-DCN<br><br>**ORDER** |

Before the Court is Plaintiff PacificSource Community Health Plan's ("PCHP") Motion to Clarify. Dkt. 16. PCHP asks the Court to clarify whether the Court's Memorandum Decision and Order (Dkt. 12) enjoins Defendant Dean Cameron, Director of the Idaho Department of Insurance, from pursuing administrative sanctions against it in DOI docket no. 18-4776-25 *Idaho Dep't of Ins. v. PacificSource Community Health Plans*. The Court finds good cause to clarify the scope of its temporary restraining order, and clarifies as follows:

The Court's previously issued temporary restraining order does not enjoin the Director from pursuing Docket No. 18-4776-25. In that case, the Director seeks to sanction PCHP under Idaho Code §§ 41-117, 41-247, and 41-327 for failing to respond to a request for information related to PCHP's marketing activities. Those sections give the Director the authority to issue administrative requests for information on pain of monetary sanction.

ORDER - 1

The Court's order enjoined the Director "from enforcing Idaho unfair competition law against PCHP in administrative or judicial proceedings based on the interpretations given in the Cease and Desist Order or Bulletin 25-06 . . . ." Dkt. 12, at 13. Docket No. 18-4776-25 does not seek to enforce substantive Idaho unfair competition law, nor is the Director's legal theory based in the interpretations given in the Director's Cease and Desist Order or Bulletin 25-06. The fact that the Director's request for information related to his prosecution of Idaho unfair competition law is not sufficient to bring Dkt. 18-4776-25 within the scope of the Court's temporary restraining order.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff PCHP's Motion to Clarify (Dkt. 16) is GRANTED.

2. The Court's previously issued temporary restraining order (Dkt. 12) is clarified according to the Court's opinion stated herein.

DATED: December 11, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2