UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PACIFICSOURCE COMMUNITY HEALTH PLANS, an Oregon corporation, | Case No. 1:25-cv-00638-DCN |
| Plaintiff, | **ORDER** |
| v. | |
| DEAN L. CAMERON, in his official capacity as Director of the Idaho Department of Insurance, | |
| Defendant. | |

In the Court's Memorandum Decision and Order (Dkt. 12) on Plaintiff's Motion for Temporary Restraining Order (Dkt. 2), the Court ordered Plaintiff PCHP to give $5,000 security. Plaintiff has informally requested permission to deposit the full amount of the security with the Court in lieu of posting an injunction bond.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff PCHP is authorized and ordered to deposit $5,000 in the United States Treasury as security for the Court's previously issued Temporary Restraining Order. Dkt. 12. PCHP will coordinate deposit with the Clerk of Court.

2. The Temporary Restraining Order will take effect upon PCHP's deposit of the full amount of the security obligation with the Court.

3. The full amount of PCHP's security obligation will remain on deposit with the

United States Treasury pending further order of the Court.

DATED: December 12, 2025

David C. Nye
Chief U.S. District Court Judge

ORDER - 2