RAÚL LABRADOR
Attorney General

MATT K. STEEN, ISB # 10285
Deputy Attorney General
State of Idaho
Department of Insurance
700 W. State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Telephone: (208) 334-4204
Facsimile: (208) 334-4298
matt.steen@doi.idaho.gov

*Attorneys for the Idaho Department of Insurance*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of:<br><br>PACIFICSOURCE COMMUNITY HEALTH PLANS, an Oregon Corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>DEAN L. CAMERON, in his professional capacity as Director of the IDAHO DEPARTMENT OF INSURANCE,<br><br>　　Defendant. | Case No. 1:25-cv-00638-DCN<br><br>**AFFIDAVIT OF MATT K. STEEN** |

State of Idaho　　　)
　　　　　　　　　　: ss.
County of Ada　　　)

　　　Matt K. Steen, being first duly sworn on oath, deposes and says:

**AFFIDAVIT OF MATT K. STEEN - 1**

1. I am a Deputy Attorney General representing the Idaho Department of Insurance (the "Department") in the above-entitled matter. I am over the age of 18, competent to testify, and make the following statements herein based on my own personal knowledge.

2. The emails attached to this affidavit are true and accurate copies of emails between me and PCHP's counsel.

3. I have explained to PCHP's counsel on numerous occasions, at least once by phone, that title 41, Idaho Code, does not have contempt proceedings.

4. PCHP's counsel has repeatedly referred to the separate administrative action as a "contempt proceeding" despite the fact the word contempt appears nowhere in the action. That action relates to a failure to respond to a lawful inquiry of the director under Idaho Code § 41-247.

5. I recently returned from the NAIC (National Association of Insurance Commissioners) conference in Hollywood, Florida. The Department's actions against UHC and PHCP were a prominent topic of conversation at several meetings.

6. At an attorney roundtable, copies of UHC's complaint were distributed to all attendees, which I estimate to have been around 200. Several states mentioned they were watching the proceedings closely.

7. PCHP's statement that Director Cameron is continuing to enforce the cease-and-desist is untrue.

8. I genuinely believe that because of Director Cameron's status as NAIC past president and his continued prominent role with that organization, this untrue statement could have real, measurably harm on his reputation since it depicts him as acting in defiance of this Court's temporary restraining order.

**AFFIDAVIT OF MATT K. STEEN - 2**

9. This motion is made in good faith to preserve Director Cameron's reputation.

DATED this 12th day of December 2025.

                                                   STATE OF IDAHO
                                                   OFFICE OF THE ATTORNEY GENERAL

                                                   _____
                                                   Matt K. Steen
                                                   Deputy Attorney General

*Subscribed and sworn* to before me, the undersigned Notary Public for the state of Idaho on this 12th day of December.



                                                   _____
                                                   Notary Public for Idaho
                                                   Residing at: Boise
                                                   My Commission Expires: 01/28/2031

**AFFIDAVIT OF MATT K. STEEN - 3**